## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☑ *Schedule H: Codebtors (Official Form 206H)*

☑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended *Schedule* \_\_\_\_

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/14/2019**
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

**Richard A York**
Printed name

**President**
Position or relationship to debtor

☐ Check if this is an amended filing

**Fill in this information to identify the case:**

Debtor name    OEM Manufacturing NV Inc.

United States Bankruptcy Court for the:      District of   Arizona
                                                       (State)

Case number (If known):   2:19-bk-06850-DPC

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

---

## Part 1:   Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
          Copy line 88 from *Schedule A/B*............................................................................................   $ 0.00

     1b. **Total personal property:**
          Copy line 91A from *Schedule A/B*........................................................................................   $ 1,616,348.39

     1c. **Total of all property:**
          Copy line 92 from *Schedule A/B*..........................................................................................   $ 1,616,348.39

---

## Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................   $ 0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
          Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ 11,424.56

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
          Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................   + $ 978,004.93

4. **Total liabilities**...............................................................................................................................   $ 989,429.49
     Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: OEM Manufacturing NV Inc.

United States Bankruptcy Court for the: _____ District of Arizona
(State)

Case number (If known): 2:19-bk-06850-DPC

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo Bank (As of 5/31/19) | Checking | 7 0 4 ⊞ | $ 3,323.46 |
| 3.2. (As of 5/31/19) | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

4.1. None — $ 0.00
4.2. _____ — $ _____

5. **Total of Part 1** — $ 3,323.46

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____ — $ 0.00
7.2. _____ — $ 0.00

Official Form 206A/B                Schedule A/B: Assets - Real and Personal Property                page 1

| Debtor | OEM Manufacturing NV Inc. | Case number (if known) | 2:19-bk-06850-DPC |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____  $ 0.00

8.2. _____  $ 0.00

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $ 0.00

---

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: 285,640.80 – 0 = ........→ $ 285,640.80
face amount             doubtful or uncollectible accounts

11b. Over 90 days old: 1406.80 – 100.00 = ........→ $ 1,306.80
face amount            doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $ 286,947.60

---

**Part 4:** Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $ _____

14.2. _____  _____  $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____  _____%  _____  $ _____

15.2. _____  _____%  _____  $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $ _____

16.2. _____  _____  $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $ _____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $_____ | | $_____ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 None | $ | | $ |
|---|---|---|---|
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 None | $ | | $ |
|---|---|---|---|
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| 49.1 None | $ | | $ |
|---|---|---|---|
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Molding machinery & equipment on attached list | $ 0.00 | | $ 1,056.609 |
|---|---|---|---|

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 1,056,609

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

# OEM Manufacturing NV Inc
# Equipment List

| Asset | Date Pur | Sticky # | Property Description | Value On 8/1/17 | Est Value On 6/3/19 |
|---|---|---|---|---|---|
| **Group: Machinery & Equipment** | | | | | |
| | | | **Purchased from OEM Manufacturing, LLC** | | |
| 65 | 8/6/2017 | CR | Injection Molding Machine - Arburg - 66T | 84,500.00 | |
| 66 | 8/6/2017 | CR | Injection Molding Machine - DeMag - 80T | 31,850.00 | |
| 67 | 8/6/2017 | CR | Injection Molding Machine - ARBURG – 55T | 34,450.00 | |
| 68 | 8/6/2017 | CO1 | Injection Molding Machine - ARBURG - 165T | 61,750.00 | |
| 69 | 8/6/2017 | CO2 | Injection Molding Machine - VAN DORN - 120T | 29,250.00 | |
| 70 | 8/6/2017 | CO3 | Injection Molding Machine - VAN DORN - 200T | 9,750.00 | |
| 71 | 8/6/2017 | NCR | Dryer - AEC | 3,313.70 | |
| 72 | 8/6/2017 | 65 | Dryer - Whitlock | 5,850.00 | |
| 73 | 8/6/2017 | 66 | Dryer - Matsui | 1,950.00 | |
| 74 | 8/6/2017 | 67 | Chiller - Conair | 9,750.00 | |
| 75 | 8/6/2017 | WH | Chiller - Remcor | 1,950.00 | |
| 76 | 8/6/2017 | WH | Chiller - Remcor | 1,950.00 | |
| 77 | 8/6/2017 | WH | Chiller - Remcor | 1,950.00 | |
| 78 | 8/6/2017 | CR | Thermolator - Conair | 1,168.70 | |
| 79 | 8/6/2017 | CR | Thermolator - Conair | 1,168.70 | |
| 80 | 8/6/2017 | 73 | Thermolator - Conair | 1,168.70 | |
| 81 | 8/6/2017 | ALL | Thermolator - Conair | 1,168.70 | |
| 82 | 8/6/2017 | ALL | Thermolator - Conair | 1,168.70 | |
| 83 | 8/6/2017 | ALL | Thermolator - Conair | 1,168.70 | |
| 84 | 8/6/2017 | ALL | Thermolator - Conair | 1,168.70 | |
| 85 | 8/6/2017 | ALL | Thermolator - Conair | 1,168.70 | |
| 86 | 8/6/2017 | ALL | Thermolator - Conair | 1,168.70 | |
| 87 | 8/6/2017 | ALL | Thermolator - Budzar | 1,168.70 | |
| 88 | 8/6/2017 | OUT | Tower - Conair | 3,900.00 | |
| 89 | 8/6/2017 | NCR | Circulator - Price | 6,370.00 | |
| 90 | 8/6/2017 | ALL | Hot Runner Ctlr - DME 2 Zone | 1,170.00 | |
| 91 | 8/6/2017 | ALL | Hot Runner Ctlr - DME 4 Zone | 1,170.00 | |
| 92 | 8/6/2017 | ALL | Hot Runner Ctlr - DME 10 Zone | 1,170.00 | |
| 93 | 8/6/2017 | ALL | Hot Runner Ctlr - DME11 Zone | 1,170.00 | |
| 94 | 8/6/2017 | ALL | Hot Runner Ctlr - DME 12 Zone | 1,170.00 | |
| 95 | 8/6/2017 | ALL | Hot Runner Ctlr - DME Frames 3 | 1,170.00 | |
| 96 | 8/6/2017 | CR | MSI HR Controller - Apex 5 | 5,070.00 | |
| 97 | 8/6/2017 | CR | MSI HR Controller - V12DLT8 | 5,070.00 | |
| 98 | 8/6/2017 | CR | MSI HR Controller - V12DLT12 | 5,070.00 | |
| 99 | 8/6/2017 | ALL | Gammaflux HR Ctr - 6 Zones | 5,070.00 | |
| 100 | 8/6/2017 | WH | Oil Mold Heater - AEC | 9,041.50 | |
| 101 | 8/6/2017 | NCR | Hopper Loader - Autoload | 1,163.50 | |
| 102 | 8/6/2017 | NCR | Hopper Loader - Autoload | 1,163.50 | |
| 103 | 8/6/2017 | NCR | Hopper Loader - Autoload | 1,163.50 | |
| 104 | 8/6/2017 | NCR | Hopper Loader - Autoload | 1,163.50 | |
| 105 | 8/6/2017 | NCR | Grinder - Nissui | 4,485.00 | |

# OEM Manufacturing NV Inc
# Equipment List

| Asset | Date Pur | Sticky # | Property Description | Value On 8/1/17 | Est Value On 6/3/19 |
|---|---|---|---|---|---|
| 106 | 8/6/2017 | NCR | Grinder - Nissui | 4,485.00 | |
| 107 | 8/6/2017 | NCR | Grinder - Conair | 650.00 | |
| 108 | 8/6/2017 | NCR | Grinder - Foremost | 650.00 | |
| 109 | 8/6/2017 | CR | Hepa Glove Box - Flanders | 9,750.00 | |
| 110 | 8/6/2017 | NCR | Bridge Crane - 2 Ton | 6,370.00 | |
| 111 | 8/6/2017 | NCR | 1T Hoist - P & H | 909.94 | |
| 112 | 8/6/2017 | WH | GROB BAND SAW | 3,835.00 | |
| 113 | 8/6/2017 | WH | GROB BAND SAW | 3,835.00 | |
| 114 | 8/6/2017 | WH | FORKLIFT | 12,993.50 | |
| 115 | 8/6/2017 | CR | DATA COLLECTION CENTER | 4,550.00 | |
| 116 | 8/6/2017 | 100 | ULTRASONIC WELDER | 5,980.00 | |
| 117 | 8/6/2017 | 100 | ULTRASONIC WELDER | 5,980.00 | |
| 118 | 8/6/2017 | 100 | ULTRASONIC WELDER | 5,980.00 | |
| 119 | 8/6/2017 | 100 | ULTRASONIC WELDER | 5,980.00 | |
| 120 | 8/6/2017 | 101 | GRINDING FIXTURES | - | |
| 121 | 8/6/2017 | 150 | OPTICAL COMPARATORS | 18,850.00 | |
| 122 | 8/6/2017 | 151 | OPTICAL COMPARATORS | 7,735.00 | |
| 123 | 8/6/2017 | NCR | QUINCY AIR DRYER | 3,213.60 | |
| 1 | 8/6/2017 | 2 | EDM Sinker - Charmilles - Roboform 20 | 25,350.00 | |
| 2 | 8/6/2017 | 3 | EDM Sinker - Charmilles - Roboform 20A | 25,350.00 | |
| 3 | 8/6/2017 | 1 | EDM Sinker - Charmilles - Roboform 22 | 25,350.00 | |
| 4 | 8/6/2017 | 4 | EDM Wire - Charmilles - Robofil 240 | 111,150.00 | |
| 5 | 8/6/2017 | 5 | EDM Wire - Charmilles - Robofil 400 | 27,950.00 | |
| 6 | 8/6/2017 | 6 | EDM Drill - JS EDM - D-20 | 18,850.00 | |
| 7 | 8/6/2017 | 7 | Electrode Drill - Westhoff | 1,625.00 | |
| 8 | 8/6/2017 | 8 | Surface Grinder - Mitsui - 200MH | 11,700.00 | |
| 9 | 8/6/2017 | 9 | Surface Grinder - Mitsui - 200MH | 11,700.00 | |
| 10 | 8/6/2017 | 10 | Surface Grinder - Mitsui - 200MH | 11,700.00 | |
| 11 | 8/6/2017 | 11 | Surface Grinder - Mitsui - 200M | 9,035.00 | |
| 12 | 8/6/2017 | WH | Surface Grinder - Mitsui - 200H | 11,700.00 | |
| 13 | 8/6/2017 | 13 | Surface Grinder - Okamoto - 1632 | 18,135.00 | |
| 14 | 8/6/2017 | WH | Brown & Sharpe Surface Grinder | 3,835.00 | |
| 15 | 8/6/2017 | WH | Kent Surface Grinder | 3,835.00 | |
| 16 | 8/6/2017 | WH | Kent Surface Grinder | 3,835.00 | |
| 17 | 8/6/2017 | WH | Mitsui Surface Grinder | 11,700.00 | |
| 18 | 8/6/2017 | WH | Cylindrical Grinder - Ded Tru | 4,550.00 | |
| 19 | 8/6/2017 | 15 | Single Lip Cutter - Deckel - SO165 | 3,835.00 | |
| 20 | 8/6/2017 | 16 | Precision Lathe - Hardinge - HLVH | 16,250.00 | |
| 21 | 8/6/2017 | 17 | Vertical Mill - Bridgeport | 6,435.00 | |
| 22 | 8/6/2017 | WH | Vertical Mill - Bridgeport | 6,435.00 | |
| 23 | 8/6/2017 | WH | Vertical Mill - Bridgeport | 6,435.00 | |
| 24 | 8/6/2017 | WH | Vertical Mill - Bridgeport | 6,435.00 | |
| 25 | 8/6/2017 | 22 | Vertical Machining Center - Haas - VF0E | 47,970.00 | |

# OEM Manufacturing NV Inc
# Equipment List

| Asset | Date Pur | Sticky # | Property Description | Value On 8/1/17 | Est Value On 6/3/19 |
|---|---|---|---|---|---|
| 26 | 8/6/2017 | 23 | Vertical Machining Center - Haas - TM-1 | 30,550.00 | |
| 27 | 8/6/2017 | 21 | Vertical Machining Center - Haas VF2 | 46,995.00 | |
| 28 | 8/6/2017 | | Vertical Machining Center - Haas VF2 (New) | 50,700.00 | |
| 29 | 8/6/2017 | 24 | Dust Collector - Torit - VS1200 | 2,405.00 | |
| 30 | 8/6/2017 | WH | Dust Collector - Torit - 2000 | 1,267.50 | |
| 31 | 8/6/2017 | WH | Dust Collector - Torit - 2000 | 1,267.50 | |
| 32 | 8/6/2017 | 27 | Dust Collector - Torit - 64 | 845.00 | |
| 33 | 8/6/2017 | 28 | Dust Collector - Torit - 64 | 845.00 | |
| 34 | 8/6/2017 | 28 | Dust Collector - Torit - 64 | 845.00 | |
| 35 | 8/6/2017 | NCR | Machine Vise - Kurt - 6 inch/base | 630.50 | |
| 36 | 8/6/2017 | NCR | Machine Vise - Kurt - 6 inch/base | 630.50 | |
| 37 | 8/6/2017 | NCR | Machine Vise - Kurt - 6 inch/base | 630.50 | |
| 38 | 8/6/2017 | NCR | Machine Vise - Kurt - 6 inch | 630.50 | |
| 39 | 8/6/2017 | NCR | Machine Vise - Kurt - 6 inch | 630.50 | |
| 40 | 8/6/2017 | NCR | Machine Vise - Kurt - 6 inch | 630.50 | |
| 41 | 8/6/2017 | WH | Geared Head Drill - Solberga - 24inch | 4,875.00 | |
| 42 | 8/6/2017 | NCR | Rotary Table - Troyke | 3,308.50 | |
| 43 | 8/6/2017 | NCR | Rotary Table - Troyke | 3,308.50 | |
| 44 | 8/6/2017 | WH | Pantograph - Gorton | 2,925.00 | |
| 45 | 8/6/2017 | OUT | A Frame | 3,185.00 | |
| 46 | 8/6/2017 | OUT | A Frame - Cauldwell | 1,298.70 | |
| 47 | 8/6/2017 | CR | Bridge Crane | 6,370.00 | |
| 48 | 8/6/2017 | NCR | Bridge Crane | 6,370.00 | |
| 49 | 8/6/2017 | CR | 1/2 Ton - Demag | 845.00 | |
| 50 | 8/6/2017 | ALL | 2T Hoist - Coffing | 2,567.50 | |
| 51 | 8/6/2017 | ALL | 2T Hoist - Lynx | 2,567.50 | |
| 52 | 8/6/2017 | ALL | 2T Hoist - Lynx | 2,567.50 | |
| 53 | 8/6/2017 | ALL | 3T Hoist - Coffing | 2,600.00 | |
| 54 | 8/6/2017 | 48 | Laser Welder - Laserstar | 25,870.00 | |
| 55 | 8/6/2017 | WH | SMAW Welder - Miller | 1,430.00 | |
| 56 | 8/6/2017 | WH | GTAW Welder - Miller | 988.00 | |
| 57 | 8/6/2017 | WH | Hi Freq - Lincoln | 1,025.70 | |
| 58 | 8/6/2017 | WH | Abrasive Cut-off - Zip Cut | 845.00 | |
| 59 | 8/6/2017 | WH | Hydraulic Power Supply - Hydraulic PS | 1,950.00 | |
| 60 | 8/6/2017 | WH | Miscellaneous Vendors - Mold Part Inventory | 48,770.00 | |
| 61 | 8/6/2017 | NCR | Horizontal Band Saw - Lincoln - 9X16 | 1,950.00 | |
| 62 | 8/6/2017 | NCR | Dessicant Air Dryer - Zeks | 5,005.00 | |
| 63 | 8/6/2017 | BNCR | Air Compressor - Devilbiss | 1,235.00 | |
| 64 | 8/6/2017 | BNCR | Air Compressor - Quincy | 3,185.00 | |
| | 8/6/2017 | | Cutters | 47,200.00 | |
| | 8/6/2017 | | Pallets (194 ea.) | 33,290.40 | |
| | 8/6/2017 | | Point finder | 1,430.00 | |
| | 8/6/2017 | | Chuck | 1,950.00 | |

# OEM Manufacturing NV Inc
# Equipment List

| Asset | Date Pur | Sticky # | Property Description | Value On 8/1/17 | Est Value On 6/3/19 | |
|---|---|---|---|---|---|---|
| | 8/6/2017 | | Chuck | 1,950.00 | | |
| | 8/6/2017 | | Chuck | 1,365.00 | | |
| | 8/6/2017 | | Chuck | 1,365.00 | | |
| | 8/6/2017 | | Holder 651.13 | 1,430.00 | | |
| | 8/6/2017 | | CNC Collets (58 ea.) | 3,770.00 | | |
| | 8/6/2017 | | Wheel Balancer | 1,950.00 | | |
| | 8/6/2017 | | Radius dresser | 2,229.50 | | |
| | 8/6/2017 | | Grind it | 1,950.00 | | |
| | 8/6/2017 | | Grindall | 5,135.00 | | |
| | 8/6/2017 | | Height Gage | 648.70 | | |
| | 8/6/2017 | | Height Gage | 3,243.50 | | |
| | 8/6/2017 | | Height Gage | 3,243.50 | | |
| | 8/6/2017 | | Sine plate | 1,137.50 | | |
| | 8/6/2017 | | Sine plate | 1,137.50 | | |
| | 8/6/2017 | | Sine plate | 1,137.50 | | |
| | 8/6/2017 | | Sine plate | 1,137.50 | | |
| | 8/6/2017 | | Sine plate | 1,137.50 | | |
| | 8/6/2017 | | 6" Round Chuck | 845.00 | | |
| | 8/6/2017 | | 5" Round Chuck | 845.00 | | |
| | 8/6/2017 | | 5" Round Chuck | 845.00 | | |
| | | | | **1,273,511.24** | 1,018,808.99 | 80% |

| Asset | Date Pur | Sticky # | Property Description | Value On 8/1/17 | Est Value On 6/3/19 | |
|---|---|---|---|---|---|---|
| | 5/4/2018 | | Used 220 Ton Arburg S/N 176177 | 27,500.00 | 24,750.00 | 90% |
| | 1/16/2018 | | Used 500 Ton Cincinnati (In Landscape Products Warehouse)* | 14,500.00 | 13,050.00 | 90% |
| | | **Total** | | 1,315,511.24 | 1,056,608.99 | 80% |

*Landscape Products should have reimbursed OEM NV for cost, but not sure if they did

| | | |
|---|---|---|
| GoodWill | | **1,226,488.77** |
| | **Total 8/7/17 Purchase Price** | $  **2,500,000.00** |

| Debtor | OEM Manufacturing NV Inc. | Case number (if known) | 2:19-bk-06850-DPC |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 7300 E Acoma Dr., Scottsdale | Lease* | $ 0.00 | 0.00 | $ 0.00 |
| 55.2 7301 E Acoma Dr., Scottsdale | Occupied** | $ 0.00 | 0.00 | $ 0.00 |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

*No actual signed lease document was signed; Debtor's equipment located at this address.

**56. Total of Part 9.   **a portion of Debtor's equipment stored here, not aware of any lease agreement**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** On 8/6/17 $2.5M Asset Purchase from OEM Manufacturing, LLC | $ 1,315,511.24 | | $ 1,315,511.24 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 1,315,511.24

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☑ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☑ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☑ No. Go to Part 12.
   - ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   _____  _____ − _____ = ➜  $_____
                                Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____  Tax year _____  $_____
   _____  Tax year _____  $_____
   _____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

   _____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____  $_____

   Nature of claim    _____
   Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____  $_____

   Nature of claim    _____
   Amount requested   $_____

76. **Trusts, equitable or future interests in property**

   _____  $_____

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership

   _____  $_____
   _____  $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.  $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* as of 5/31/19 | $ 3,323.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 286,947.60 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,056,609 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➤ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 1,315,511.24 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 1,616,348.39 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................. $ 1,616,348.39

**Fill in this information to identify the case:**

Debtor name __OEM Manufacturing NV Inc.__

United States Bankruptcy Court for the: _____ District of __Arizona__
(State)

Case number (If known): __2:19-bk-06850-DPC__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:** | **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____

**2.2** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____

Fill in this information to identify the case:

Debtor **OEM Manufacturing NV Inc.**

United States Bankruptcy Court for the: _____ District of **Arizona**
(State)

Case number **2:19-bk-06850-DPC**
(If known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
AZ Dept of Economic Secuity
PO Box 6028 Mail Drop 5881
Phoenix, AZ  85005-6028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 3,366.11    Priority amount: $ 3,366.11

**Date or dates debt was incurred**
Unemployment Tax/Job Training Tax

**Basis for the claim:**
Statement 6/4/19

**Last 4 digits of account number**  3  4  1  8

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**2.2** Priority creditor's name and mailing address
Arizona Department of Revenue
1600 West Monroe St
Phoenix, AZ  85007

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ Unknown    Priority amount: $ Unknown

**Date or dates debt was incurred**
From 8/1/17 thru 6/3/19

**Basis for the claim:**
Unpaid privilege taxes if any

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

**2.3** Priority creditor's name and mailing address
Maricopa County Treasurer
301 W Jefferson St
Phoenix, AZ  85003-2196

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ Unknown    Priority amount: $ Unknown

**Date or dates debt was incurred**
From 8/1/17 thru 6/3/10

**Basis for the claim:**
Unpaid property taxes if any

**Last 4 digits of account number**  Unknown

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

| Debtor | OEM Manufacturing NV Inc. | Case number (if known) | 2:19-bk-06850-DPC |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.4** Priority creditor's name and mailing address

James Davilla
1719 Waltann Ln
Phoenix, AZ 85022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,242.76        $ 1,242.76

**Date or dates debt was incurred**
Week ending 5/31/19

**Basis for the claim:**
Net Payroll

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

---

**2.5** Priority creditor's name and mailing address

Daniel Pikington
6635 W. Hughes Drive
Phoenix, AZ 85043

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,203.72        $ 1,203.72

**Date or dates debt was incurred**
Week ending 5/31/19

**Basis for the claim:**
Net Payroll

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

---

**2.6** Priority creditor's name and mailing address

Michael Vogt
8844 W Diana Ave
Phoenix, AZ 85345

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,008.80        $ 1,008.80

**Date or dates debt was incurred**
Week ending 5/31/19

**Basis for the claim:**
Net Payroll

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

---

**2.7** Priority creditor's name and mailing address

Thomas D Gloria
208 E Baseline Rd., Apt 210
Tempe, AZ 85283

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 910.94        $ 910.94

**Date or dates debt was incurred**
Week ending 5/31/19

**Basis for the claim:**
Net Payroll

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

---

| Debtor | OEM Manufacturing NV Inc. | Case number *(if known)* | 2:19-bk-06850-DPC |
|---|---|---|---|
| | Name | | |

## Part 1.  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.8** Priority creditor's name and mailing address

$ 606.47    $ 606.47

Zolene M Wolf

1722 Queensbury

Mesa, AZ 85201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
week ending 5/31/19

**Basis for the claim:**
net payroll

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_)

---

**2.9** Priority creditor's name and mailing address

$ 1,332.56    $ 1,332.56

N.S. Mitchell

8660 E Wood Dr

Scottsdale, AZ 85260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
week ending 5/31/19

**Basis for the claim:**
net payroll

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_)

---

**2.10** Priority creditor's name and mailing address

$ 1,753.20    $ 1,753.20

P.H. Mitchell

8660 E Wood Dr

Scottsdale, AZ 85260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
week ending 5/31/19

**Basis for the claim:**
Net Payroll

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_)

---

**2.11** Priority creditor's name and mailing address

$ _____    $ Unknown

Internal Revenue Service

Centralized Insolvency Operations, P.O. Box 7346

Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
For 5/31 payroll or other

**Basis for the claim:**
Any outstanding payroll taxes or other ta

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_8_)

| Debtor | OEM Manufacturing NV Inc. | Case number (if known) | 2:19-bk-06850-DPC |
|---|---|---|---|
| | Name | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
OEM Manufacturing, LLC (an AZ LLC)

c/o DCMP Service Co., LLC

6900 E Camelback Rd #250, Scottsdale, AZ  85251

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 364,669.80

Basis for the claim: back payroll expenses & other services

Date or dates debt was incurred  8/7/17 Thru 6/3/19

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2**

Nonpriority creditor's name and mailing address
Mitchell Southwest, LLC

8660 E Wood Drive

Scottsdale, AZ  85260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 223,301.00

Basis for the claim: Rent.  Incl. 2.25% Tax on $10,000 per month for 7300 E Acoma building

Date or dates debt was incurred  8/6/17 thru 6/19

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**

Nonpriority creditor's name and mailing address
Incoe Corp

2850 High Meadow Circle

Auburn Hills, MI  48326

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,348.31

Basis for the claim: Vendor

Date or dates debt was incurred  Last 90 days

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4**

Nonpriority creditor's name and mailing address
ADP, LLC

PO Box 842875

Boston, MA  02284-2875

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116.96

Basis for the claim: payroll vendor

Date or dates debt was incurred  5/1 thru 5/31

Last 4 digits of account number  7  6  2  1

Is the claim subject to offset?
☐ No
☐ Yes

**3.5**

Nonpriority creditor's name and mailing address
Chase Visa

PO Box 94014

Palatine, IL  60094-4014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,686.89

Basis for the claim: credit card charges

Date or dates debt was incurred  2018/19

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6**

Nonpriority creditor's name and mailing address
Landscape Products, Inc.

610 S 80th Ave

Tolleson, AZ  85353

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 304,807.68

Basis for the claim: 2 loans & 3 computers

Date or dates debt was incurred  8/17 thru 6/19

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | OEM Manufacturing NV LLC | Case number (if known) | 2:19-bk-06850-DPC |
|--------|--------------------------|------------------------|-------------------|
|        | Name                     |                        |                   |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.7 **Nonpriority creditor's name and mailing address**
Procurement Network

1265 N. Manassero St., #308

Anaheim Hil, CA 92807

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent      Claim Subject to Verification
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Refund Due Customer

$ 42,283.12

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

3.8 **Nonpriority creditor's name and mailing address**
Copperpoint Mutual

303 N. 3rd Street

Phoenix, AZ 85012-3068

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Check Issued in May, but not Cleared by 5/31/19

$ 1,545.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

3.9 **Nonpriority creditor's name and mailing address**
The Tool Club

PO Box 6016

Glendale, AZ 85312

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Vendor

$ 57.05

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

3.10 **Nonpriority creditor's name and mailing address**
Grainger

2002 W. Rose Garden Ln.

Phoenix, AZ 85027

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Vendor

$ 29.46

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

3.___ **Nonpriority creditor's name and mailing address**
INTENTIONALLY LEFT BLANK - SEE NEXT PAGE

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.12 Nonpriority creditor's name and mailing address

GF Machining Solutions

560 Bond St

Lincolnshire, IL 60069

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 3,690.64

### 3.13 Nonpriority creditor's name and mailing address

Airburg Inc

644 West St.

Rocky Hill, CT 06067

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 2,439.19

### 3.14 Nonpriority creditor's name and mailing address

McMaster Carr

PO Box 7690

Chicago, IL 60680-7690

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ ~~2,811.70~~
2,318.65

### 3.15 Nonpriority creditor's name and mailing address

Novatec

222 E. Thomas Ave.

Baltimore, MD 21225

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 1,790.00

### 3.16 Nonpriority creditor's name and mailing address

XACT WIRE EDM CORP

720 INDUSTRIAL DR. #126

CARY, IL 60013

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 1,668.00

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address

EDRO Engineering Inc

20500 Carrey Rd
Walnut, CA   91789-2417

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,505.00

---

**3.18** Nonpriority creditor's name and mailing address

Filer Micro Welding

251 Terry Filer Rd
Forest City, NC 28043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,064.75

---

**3.19** Nonpriority creditor's name and mailing address

Tanner

Unknown

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 775

---

**3.20** Nonpriority creditor's name and mailing address

NEXEO Plastics

1209 Orange St.
Wilmington, DE   19801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 405.17

---

**3.21** Nonpriority creditor's name and mailing address

UPS Freight

PO Box 1216
Richmond, VA   23218-1216

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 523.44

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.22** Nonpriority creditor's name and mailing address

MSC INdustrial Supply

1383 N Tech Blvd #106
Gilbert, AZ 85233

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

$ 477.61

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

MaKiNo

1681 INNOVATION WAY
MASON, OH    45040

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 474.41

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

Custom Thread Grinding Inc.

10649 Sierra Way PO Box 937
Kernville, CA 93238

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 450−

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.25** Nonpriority creditor's name and mailing address

Gesswein

201 Hancock Ave
Bridgeport, CT 06605-2403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 380.84

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.26** Nonpriority creditor's name and mailing address

Fed Ex

PO Box 7221
Pasadena, CA 91109-7321

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 368.31

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.27** Nonpriority creditor's name and mailing address

Progressive Components
Dept 20-7006
PO Box 5997
Carol Stream, IL 60197 5997

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 357.54

---

**3.28** Nonpriority creditor's name and mailing address

DGI Supply
12722 ALONDRA Blvd
Cerritos, CA   90703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 353.32

---

**3.29** Nonpriority creditor's name and mailing address

City of Scottsdale
7447 E Indian Sch Rd
Scottsdale, AZ  85251

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor/Water/sewer

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 302.73 *

\* Account may not be debtor's
may belong to OEM MAN., LLC

---

**3.30** Nonpriority creditor's name and mailing address

PCS Company
34500 Doreka
Fraser, MI 48026-3422

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 272.65

---

**3.31** Nonpriority creditor's name and mailing address

Hasco America
270 Rutledge Rd. Unit B
Fletcher, NC  28732

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 253.41

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.32** Nonpriority creditor's name and mailing address

Sun Source

4810 S. 36th St
Phoenix, AZ 85034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 250.52

**3.33** Nonpriority creditor's name and mailing address

Completed Quality Landscaping

4329 E. Maldonado Dr.
Phoenix, AZ 85042

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 200.00

**3.34** Nonpriority creditor's name and mailing address

ABS Metallurgical

4313 E Magnolia
Phoenix, AZ 85034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 185.00

**3.35** Nonpriority creditor's name and mailing address

Star Metal Fluids

5143 W. Roosevelt St
Phoenix, AZ 85043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 172.08

**3.36** Nonpriority creditor's name and mailing address

Lee Spring

1235 N. Hobson St.
Gilbert, AZ 85233

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred    _____
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

$ 148.80

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.37** Nonpriority creditor's name and mailing address

Plastic Process Equip. Inc.

8303 Corporate Park Dr
Macedonia, OH 44056

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 135.40

**3.38** Nonpriority creditor's name and mailing address

Pete Zaferatos

2447 E. Cannon
Phoenix, AZ 85028

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 130.00

**3.39** Nonpriority creditor's name and mailing address

UPS

Po Box 7247-0244
Philadelphia, PA 19170-0001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 107.07

**3.40** Nonpriority creditor's name and mailing address

B&B Properties

7335 E. Acoma Dr. #101
Scottsdale, AZ 85260

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ~~Atty~~ had not cleared by 5/31

Check issued in may

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 423.00

**3.41** Nonpriority creditor's name and mailing address

Companion Life

P.O. Box 749630
Los Angeles, CA 90074-9630

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Check issued/Not cleared by 5/31

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 337.13

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 11,424.56 |
| 5b. **Total claims from Part 2** | 5b. + | $ 978,004.93 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 989,429.49 |

**Fill in this information to identify the case:**

Debtor name _OEM Manufacturing NV Inc._

United States Bankruptcy Court for the: _____ District of _Arizona_
(State)

Case number (If known): _2:19-bk-06850-DPC_                   Chapter _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Premises at (Debtor as Ten 7300 E Acoma Dr., Scottsdale, AZ | Mitchell Southwest, LLC <br> Attn: Phil Mitchell <br> 8660 E Wood Dr., Scottsdale, AZ 85260 |
| | State the term remaining | Month-to-Month | (No lease document was ever executed. Debtors |
| | List the contract number of any government contract | N/A | assets are located in this building) |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Leased by Debtor <br> Arburg 520U1600-170/30 SN#2074 | Tech Group North America, Inc. <br> 14677 N 74th Street, Scottsdale, AZ 85260 <br> (Do not know if lease was renewed or not but equipment |
| | State the term remaining | Expired 5/3/19 | is still in Lessee's possession at address above) |
| | List the contract number of any government contract | | Note: Equipment may be owned by Landscape Products and Not Debtor |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name _OEM Manufacturing NV Inc._

United States Bankruptcy Court for the: _____ District of _Arizona_
                                                                    (State)

Case number (If known): _2:19-bk-06850-DPC_

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street<br>_____<br>_____ City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____ Street<br>_____<br>_____ City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____ Street<br>_____<br>_____ City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____ Street<br>_____<br>_____ City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | _____ Street<br>_____<br>_____ City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | _____ Street<br>_____<br>_____ City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                         Schedule H: Codebtors                         page 1 of _1_

**Fill in this information to identify the case:**

Debtor name    OEM Manufacturing NV Inc.

United States Bankruptcy Court for the: _____ District of   Arizona
                                                       (State)

Case number (If known):   2:19-bk-06850-DPC

---

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From   07/01/2018<br>        MM / DD / YYYY | to   Filing date | ☑ Operating a business<br>☐ Other _____ | $ 730,000.00 |
| **For prior year:** | From   08/06/2017<br>        MM / DD / YYYY | to   06/30/2018<br>        MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 1,020,650.00 |
| **For the year before that:** | From   NA<br>        MM / DD / YYYY | to   _____<br>        MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>    MM / DD / YYYY | to   Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>    MM / DD / YYYY | to _____<br>    MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>    MM / DD / YYYY | to _____<br>    MM / DD / YYYY | _____ | $ _____ |

Case 2:19-bk-06850-DPC     Doc 13    Filed 06/17/19    Entered 06/17/19 14:46:01    Desc
Main Document     Page 30 of 44

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ <br><br> _____ <br><br> _____ | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ <br><br> _____ <br><br> _____ | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> Insider's name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code <br><br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ <br><br> _____ | $_____ | _____ <br><br> _____ <br><br> _____ |
| 4.2. | _____ <br> Insider's name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code <br><br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ <br><br> _____ | $_____ | _____ <br><br> _____ <br><br> _____ |

Case 2:19-bk-06850-DPC   Doc 13   Filed 06/17/19   Entered 06/17/19 14:46:01   Desc
Main Document   Page 31 of 44

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State          ZIP Code | | | |

---

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |

Case 2:19-bk-06850-DPC    Doc 13    Filed 06/17/19    Entered 06/17/19 14:46:01    Desc
Main Document    Page 32 of 44

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | _____ | |
| City        State        ZIP Code | **Case number** | Name |
| | | Street |
| | **Date of order or assignment** | City        State        ZIP Code |
| | _____ | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

Case 2:19-bk-06850-DPC    Doc 13    Filed 06/17/19    Entered 06/17/19 14:46:01    Desc
Main Document    Page 33 of 44

| **Part 6:** | **Certain Payments or Transfers** |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | Snell & Wilner Trust Account | na | 6/3/19 | $ 5,000 |
| | **Address** | | | |
| | 400 E Van Buren St., Suite 1900 | | | |
| | Street | | | |
| | Phoenix            AZ          85004- | | | |
| | City                State        ZIP Code | | | |
| | **Email or website address** | | | |
| | cbayley@swlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Landscape Products, Inc. | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                State        ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| | | | $ |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| | **Who received transfer?** | | | $_____ |
| 13.2. | _____ | _____ | _____ | |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ Street | | From _____ | To _____ |
| | _____ City          State     ZIP Code | | | |
| 14.2. | _____ Street | | From _____ | To _____ |
| | _____ City          State     ZIP Code | | | |

Case 2:19-bk-06850-DPC    Doc 13    Filed 06/17/19    Entered 06/17/19 14:46:01    Desc
Main Document    Page 35 of 44

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:* |
| | City          State          ZIP Code | | ☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:* |
| | City          State          ZIP Code | | ☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

  Does the debtor have a privacy policy about that information?

  ☐ No

  ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

  Yes. Does the debtor serve as plan administrator?

  ☐ No. Go to Part 10.

  ☐ Yes. Fill in below:

  | Name of plan | Employer identification number of the plan |
  |---|---|
  | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

  Has the plan been terminated?

  ☐ No

  ☐ Yes

Case 2:19-bk-06850-DPC    Doc 13    Filed 06/17/19    Entered 06/17/19 14:46:01    Desc
Main Document    Page 36 of 44

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name ___ Street ___ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | Name ___ Street ___ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name ___ Street ___ City   State   ZIP Code | ___ ___ **Address** ___ | ___ ___ ___ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Landscape Products, Inc. Name 610 S 80th Ave Street Tolleson    AZ    85353 City   State   ZIP Code | Richard or Ray or Sue York ___ **Address** 610 S 80th Ave Tolleson, AZ  85353 | Used 500 Ton Cincinnati (Not certain if LPI ever reimburse debtor for purchase in Jan 2018) | ☐ No ☑ Yes |

20. Off-premises storage (cont'd)

7301 Acoma Drive
Scottsdale, AZ


Phil Mitchel has access to storage facilit


Some items of equipment owned by debtor stored across the street from 7300 Acoma
Dr.

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Landscape Products, Inc. <br> Name <br> 610 S 80th Ave <br> Street <br><br> Tolleson       AZ       85353 <br> City       State       ZIP Code | 7300 E Acoma Dr <br> Scottsdale, AZ  85260 | 2 to 4 desktop computers | $ 3,500 |

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ <br> Case number <br> _____ | Name <br> _____ <br> Street <br> _____ <br> City       State       ZIP Code | _____ <br> _____ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name <br> _____ <br> Street <br> _____ <br> City       State       ZIP Code | Name <br> _____ <br> Street <br> _____ <br> City       State       ZIP Code | _____ <br> _____ | _____ |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

<table><tr><td>**Part 13:**</td><td>**Details About the Debtor's Business or Connections to Any Business**</td></tr></table>

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____     To _____ |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____     To _____ |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____     To _____ |

Case 2:19-bk-06850-DPC     Doc 13     Filed 06/17/19     Entered 06/17/19 14:46:01     Desc
Main Document      Page 40 of 44

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Norma "Susie" Mitchell  (Primarily)<br>Name<br>7300B E Acoma Dr<br>Street<br><br>Scottsdale                    AZ                    85260<br>City                                State              ZIP Code | From 8/6/17  To Present |
| **26a.2.** Sue York<br>Name<br>610 S 80th Avenue<br>Street<br><br>Tolleson                      AZ                    85353<br>City                                State              ZIP Code | From 8/6/17  To Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Norma "Susie" Mitchell (Primarily)<br>Name<br>7300B E Acoma Dr<br>Street<br><br>Scottsdale                    AZ                    85260<br>City                                State              ZIP Code | From 8/6/17  To Present |
| **26b.2.** Sue York<br>Name<br>610 S 80th Avenue<br>Street<br><br>Tolleson                      AZ                    85353<br>City                                State              ZIP Code | From 8/6/17  To Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Norma "Susie" Mitchell<br>Name<br>7300B E Acoma Dr<br>Street<br><br>Scottsdale                    AZ                    85260<br>City                                State              ZIP Code | All books and records had to be obtained from Ms. Mitchell who is also a creditor |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | _____ |
| Street | _____ |
| City          State          ZIP Code | _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City          State          ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City          State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City          State          ZIP Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
     Name
     _____
     Street
     _____
     City                          State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Landscape Products, Inc. | 680 S 80th Ave, Tolleson, AZ 85353 | Shareholder | 100% |
| Raymon A York | 680 S 80th Ave, Tolleson, AZ 85353 | Director | |
| Susan E York | 680 S 80th Ave, Tolleson, AZ 85353 | Director | |
| Richard E York | 680 S 80th Ave, Tolleson, AZ 85353 | President | |
| Douglas W York | 3441 E Harbour Dr., Phoenix AZ 85034 | Secretary | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Phillip H. Mitchell | 8660 E Wood Dr, Scottsdale, AZ 85260 | President | From 8/17 To 6/19 |
| Norma S. Mitchell | 8660 E Wood Dr, Scottsdale, AZ 85260 | Secretary | From 8/17 To 6/19 |
| _____ | _____ | _____ | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Phillip H. Mitchell | _____ | 6/1/18-5/31/ | Salary |
| Name | | | |
| 8660 E Wood Dr | _____ | | |
| Street | | | |
| Scottsdale        AZ       85260 | _____ | | |
| City        State        ZIP Code | | | |
| Relationship to debtor | _____ | | |
| President | | | |

| | Name and address of recipient | | | | 6/1/18 to 5/31/19 | Salary |
|---|---|---|---|---|---|---|
| 30.2 | Norma S. Mitchell | | | | | |
| | Name | | | | | |
| | 8660 E Wood Dr | | | | | |
| | Street | | | | | |
| | Scottsdale | AZ | 85251 | | | |
| | City | State | ZIP Code | | | |
| | Relationship to debtor | | | | | |
| | Officer & Bookkeeper | | | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Ewing Irrigation Products, Inc., a NV corporation | EIN: 9 4 – 1 3 5 1 7 9 9 |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/14/2019
        MM / DD / YYYY

✖ _____    Printed name  Richard A York
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

Case 2:19-bk-06850-DPC   Doc 13   Filed 06/17/19   Entered 06/17/19 14:46:01   Desc
Main Document    Page 44 of 44